UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| FOREST MARTIN, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number: 1:11-cv-00201 ) |
| SWS, LLC d/b/a SECUREWATCH, | ) Collective Action ) |
| | ) Jury Demand |
| Defendant. | ) ) |

## STIPULATION EXTENDING TIME
## FOR DEFENDANT TO ANSWER THE COMPLAINT

Come now the parties, by and through their respective counsel, and pursuant to E.D. TN LR 12.1 hereby stipulate that Defendant's time for filing an Answer or other pleading in response to the Complaint shall be extended until September 23, 2011.

Respectfully submitted this 31st day of August, 2011.

**APPROVED FOR ENTRY:**

s/ *Maury Nicely*
**EVANS HARRISON HACKET PLLC**
Maury Nicely, Esq. (TN BPR #018997)
Phillip B. Byrum., Esq. (TN BPR #020360)
One Central Plaza, Suite 800
835 Georgia Avenue
Phone: (423) 648-7890
*Counsel for Plaintiff*

s/ *J. Keith Coates, Jr.*
J. Chadwick Hatmaker, Esq.BPR No. 018693
J. Keith Coates, Jr., Esq., BPR #025839
**WOOLF, McCLANE, BRIGHT,
 ALLEN & CARPENTER, PLLC**
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000
*Counsel for Defendant*